IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2025 OCT 15  A 11: 49
CLERK_____
SO. DIST. OF GA.

MARVIS MCDANIEL IVEY, R.N.,

    PLAINTIFF,

V.

CITY OF SAVANNAH,

OFFICERS Individually and Officially:

VAN JOHNSON, Mayor
CITY ALDERMEN

JOHN DOE,
JANE DOE,
JANE DOE II,
JANE DOE, III,

    DEFENDANTS.

CIVIL ACTION NUMBER:

4:25-cv-249

TRIAL BY JURY

DAMAGES: $222,000

PUNITIVE DAMAGES

INJUNCTION RESTRAINT

FALSE ARREST

## COMPLAINT

Complainant Marvis McDaniel Ivey, R.N. brings this Complaint and shows that on August 5, 2025 the above Officers of City of Savannah government did pursue and accost Plaintiff Marvis McDaniel Ivey, R.N. without probable cause and did place her under false arrest:

1.

This civil suit is brought to preserve the rights of Plaintiff to life and liberty under law with the peaceful enjoyment of the same. Pursuant to 42 United States Code Section 1983 this civil action is filed against state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."

2.

During false arrest on August 5, 2025 Plaintiff Marvis McDaniel Ivey, R.N. was deprived of due process, deprived of liberty without due process, placed under false arrest without probable cause, placed under false arrest with use of excessive force.

3.

Defendants acted under color of local law in prejudice and general suspect of African Americans when the above white Defendant Jane Doe grabbed Plaintiff Marvis McDaniel Ivey by her left arm during unconstitutional detention, done without probable cause and with excessive force as Plaintiff was surrounded by the four officers Defendants and held by her arm.

4.

The acts constituting false arrest were performed in front of the Courthouse of Chatham County, at the location of intersection Martin Luther King, Jr. Boulevard and Oglethorpe Avenue. The acts occurred at approximately 2:00 P.M. on August 5, 2025. As the Officers closed in, surrounded Plaintiff, Marvis McDaniel Ivey cried out in alarm, and in fear for her life screamed. Ante Litem Notice attached hereto, Exhibit "A."

5.

Other police cars drove by and Plaintiff Marvis McDaniel Ivey was terrified that her murder was intended by Defendants as criminals in support of Dekalb County Police Department, *government human sex traffickers* under Sergeant Brock and others his agents.

6.

A video recording was made of the event after the fact and when Plaintiff Marvis McDaniel Ivey, R.N. had been told that she was "free to go." An Injunction is requested as police attempted further harassment as Plaintiff Marvis McDaniel Ivey departed from the scene, the white male,

Officer John Doe continued some incoherent tirade against her. Pictures attached, made a part hereof, Exhibit "B."

7.

Plaintiff Marvis McDaniel Ivey, R.N. was injured in her person, her reputation as an upright respected neighbor in her community, a law abiding, individual. Plaintiff was subjected to extreme police abuse which may have been worse had Plaintiff not screamed hysterically, uncontrollably afraid for her life.

WHEREFORE, Plaintiff Marvis McDaniel Ivey, R.N. seeks the following:

(a) Restrain City of Savannah, its Police and its Police Department from any further false arrests, crimes, excessive force and any related crimes;

(b) Damages in pain and suffering, emotional trauma, general damages $122,000;

(c) Punitive damages to hinder further attacks against African Americans or any other protected groups $100,000;

(d) Injunction relief and protection from police violence, undue influence of criminals in Dekalb County Police Department's *government human sex trafficking* under Sergeant Brock and others, City of Savannah, agents with established pattern of false arrests including false arrests of Plaintiff Marvis McDaniel Ivey, R.N.'s son, Marcus Ivey and Camille Fitchett, witness in award of Family Violence Protective Order, *Marvis Ivey v. Bradley McDaniel*, Civil Action 15CV6932, Dekalb County Superior Court;

(e) Any such other relief as will establish justice and hinder police crime.

Pursuant to Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by nonfrivolous argument for extending, modifying, or reversing

existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint other wise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

This complaint is true and correct.

Respectfully submitted 8th day of October 2025.

_____
Marvis McDaniel Ivey, R.N.
124 Arnold Street
Savannah, Georgia 31401
Telephone: (470) 544-7808
Email: Marvismcdanielivey@aol.com

Marvis McDaniel Ivey, R.N.
124 Arnold Street
Savannah, Georgia 31401
Telephone: (470) 544-7808
Email: Marvismcdanielivey@aol.com

October 8, 2025

Honorable Van Johnson, Mayor
Savannah City Hall, 2nd Floor
2 East Bay Street
Savannah, Georgia 31401



August 5, 2025 approximately 2:00 P.M., I was accosted by four City of Savannah Police Officers for no just cause and held in illegal detention, false arrest. When the pictured white female grabbed my left arm and four officers closed in on me in excessive force false arrest.

In Regard: Police Misconduct, False Arrest, Harassment, Excessive Force, Ante Litem Notice for Injunction and Damages, with Punitive Damages in the Individual capacities to hinder race based adverse treatment and to enjoin police violence and misconduct.

Dear Mayor Johnson and City of Savannah aldermen and women:

    This is notice of damages and my need for an injunction to restrain illegal, unconstitutional acts, attacks and misconduct of City of Savannah Police Officers above and any under the undo influence of Dekalb County Police Department's Sergeant Brock and others his agents. This is notice that on August 5, 2025 the above pictured police officers in addition to one other, Jane Doe, III around 2:00 P.M. closed in on Marvis McDaniel Ivey, R.N., restricted her ability to leave but did illegally detain Marvis McDaniel Ivey placed her in fear for her life when the above white female, Jane Doe grabbed Marvis McDaniel Ivey's left are as the police Officers above closed in intentionally restricted the movement of Marvis McDaniel Ivey until the above white Officer declared her freedom. During the false arrest Marvis McDaniel Ivey screamed hysterically during the malice when she was held by her left arm. Damages are estimated as general $122,000 with expected punitive damages to hinder any future attacks at $100,000. Injunction relief is sought due to malice misconduct done without cause.

Marvis McDaniel Ivey, R.N.







M. Ivey
124 Arnold St.
Savannah, GA 31401

United States District Court
124 Barnard Street
Savannah, Georgia 31401

FCM LETTER
SAVANNAH, GA 31419
OCT 08, 2025
$1.07
S2324H503483-55

31401
RDC 99

