**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

| | |
|---|---|
| MARVIS MCDANIEL IVEY, | |
| Plaintiff, | CIVIL ACTION NO.: 4:25-cv-248 |
| v. | |
| MEMORIAL HEALTH UNIVERSITY MEDICAL CENTER, *et al.*, | |
| Defendants. | |
| MARVIS MCDANIEL IVEY, | |
| Plaintiff, | CIVIL ACTION NO.: 4:25-cv-249 |
| v. | |
| CITY OF SAVANNAH, *et al.*, | |
| Defendants. | |
| MARVIS MCDANIEL IVEY, R.N., *et al.*, | |
| Plaintiffs, | CIVIL ACTION NO.: 4:25-cv-254 |
| v. | |
| STEVEN ROSENBAUM, *et al.*, | |
| Defendants. | |

| | |
|---|---|
| MARVIS MCDANIEL IVEY, R.N.,<br><br>Plaintiff,<br><br>v.<br><br>MARGARET HEAP,<br><br>Defendant. | CIVIL ACTION NO.: 4:25-cv-319 |
| MARVIS MCDANIEL IVEY,<br><br>Plaintiff,<br><br>v.<br><br>CANDANCE BROCE, *et al.*,<br><br>Defendants. | CIVIL ACTION NO.: 4:26-cv-014 |
| MARVIS IVEY, R.N.,<br><br>Plaintiff,<br><br>v.<br><br>BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA, *et al.*,<br><br>Defendants. | CIVIL ACTION NO.: 4:26-cv-166 |

# **O R D E R**

Pro se plaintiff Marvis McDaniel Ivey has filed several cases in this Court over the last nine months. See Ivey v. Mem'l Health Univ. Med. Cent., 4:25-cv-248, doc. 1 (S.D. Ga. Oct. 15, 2025); Ivey v. City of Savannah, 4:25-cv-249, doc. 1 (S.D. Ga. Oct. 15, 2025); Ivey v. Rosenbaum, 4:25-cv-254, doc. 1 (S.D. Ga. Oct. 24, 2025); Ivey v. Heap, 4:25-cv-319, doc. 1 (S.D. Ga. Dec. 23,

2025); <u>Ivey v. Broce</u>, 4:26-cv-014, doc. 1 (S.D. Ga. Jan. 16, 2026); <u>Ivey v. Bd. of Regents of the Univ. Sys. of Ga.</u>, 4:26-cv-166, doc. 1 (S.D. Ga. June 26, 2026).    The Magistrate Judge recommends that, based on her litigation history in this Court and in others, her requests to proceed <u>in forma pauperis</u> should be denied, and she should be required to pay the filing fee in each of her cases.    (<u>See</u> 4:25-cv-248, doc. 14; 4:25-cv-249, doc. 11; 4:25-cv-254, doc. 6; 4:25-cv-319, doc. 6; 4:26-cv-014, doc. 5; 4:26-cv-166, doc. 7.)    Plaintiff has not objected to that recommendation in any of her pending cases.    <u>See generally</u> 4:25-cv-248; 4:25-cv-249; 4:25-cv-254; 4:25-cv-319; 4:26-cv-014; 4:26-cv-166.    The only filing she has submitted since the Magistrate Judge entered his Report and Recommendation is an Amended Emergency Complaint for Injunction with Damages that reasserts the same types of fantastical allegations the Magistrate Judge analyzed in making his recommendation.    (<u>Compare</u>, 4:26-cv-166, doc. 9, p. 2 <u>with</u> doc. 7, pp. 8—11.)

After a careful <u>de novo</u> review of the entire record in each of these cases, the Court concurs with the Magistrate Judge's July 1, 2026, Report and Recommendation, and **ADOPTS** the Report and Recommendation as its opinion in each of Ivey's cases.    (4:25-cv-248, doc. 14; 4:25-cv-249, doc. 11; 4:25-cv-254, doc. 6; 4:25-cv-319, doc. 6; 4:26-cv-014, doc. 5; 4:26-cv-166, doc. 7).    Plaintiff's Motions to Proceed <u>in forma pauperis</u> are all **DENIED**.    (4:25-cv-248, docs. 2 & 6; 4:25-cv-249, doc. 2; 4:25-cv-254, doc. 2; 4:25-cv-319, doc. 2; 4:26-cv-014, doc. 2; 4:26-cv-166, doc. 2.)

Pursuant to the Court's Local Rules, Plaintiff is **DIRECTED** to submit the appropriate filing fee in each of her six cases within twenty-one days of the service date of this Order.   L.R. 4.2(2).   Failure to make timely payments will result in dismissal.   Id.

**SO ORDERED**, this 22nd day of July, 2026.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA